**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00595-CR

**TADARROWL DERONE CARSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-57494-Y**

## ORDER

On February 13, 2015, we ordered the trial court to make findings regarding the reporter's record in this appeal. On March 23, 2015, we received the reporter's record, but it was missing State's Exhibit nos. 1 and 3. Therefore, on May 6, 2015, this Court ordered court reporter Sharon Hazlewood to file State's Exhibit nos. 1 and 3 by May 11, 2015. To date, we have not received those exhibits, nor has Ms. Hazlewood communicated with the Court regarding the status of the exhibits.

Accordingly, we **ORDER** Sharon Hazlewood to surrender State's Exhibit nos. 1 and 3 to the Honorable Elizabeth Frizell, Presiding Judge of the Criminal District Court No. 7, by **4:00 p.m. on FRIDAY, MAY 22, 2015**. Thereafter, we further **ORDER** that Vearneas Faggett,

official court reporter of the Criminal District Court No. 7, file State's Exhibit nos. 1 and 3 with this Court by **4:00 p.m. on  the following FRIDAY, MAY 29, 2015**.

We warn Ms. Hazlewood that this Court expects complete compliance with this order. Ms. Hazlewood may not seek to avoid the consequences of this order by seeking to file the exhibits in another manner.

> **FAILURE OF SHARON HAZLEWOOD TO SURRENDER STATE'S EXHIBIT NOS. 1 AND 3 TO THE HONORABLE ELIZABETH FRIZELL BY THE DATE AND TIME SET FORTH ABOVE MAY RESULT IN THE ISSUANCE OF A SHOW CAUSE ORDER AND/OR A JUDGMENT OF CIVIL AND CRIMINAL CONTEMPT.**

Appellant's brief is due by **JULY 1, 2015**.

We **DIRECT** the Clerk to send a copy of this order to Sharon Hazlewood, former official court reporter, Criminal District Court No. 7.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, official court reporter, Criminal District Court No. 7; the Dallas County Auditor; the Texas Court Reporter's Certification Board; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE